```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                      Civil No. 05-2310(DSD/JJG)
```

Best Buy Stores, L.P.,

      Plaintiff,

v.                                                          **ORDER**

Developers Diversified Realty
Corporation, DDR GLH, LLC.;
Benderson-Wainberg Associates, LP;
DDR MDT Cool Springs Point LLC;
DDRA Ahwataukee Foothills, LLC;
DDR Flatiron LLC; DDRA Community
Centers Four, LP; DDR MDT Lakepointe
Crossing, LP; DDR MDT Great Northern,
LLC; DDR MDT Shoppers World, LLC;
DDR MDT Riverdale Village Outer Ring,
LLC; DDR Hendon Nassau Park II, LP;
DDRC PDK Salisbury LLC,

      Defendants.


     This matter comes before the court on plaintiff Best Buy Stores, L.P.'s objection to the May 12, 2008, order of Magistrate Judge Jeanne J. Graham. In her order, the magistrate judge denied Best Buy's request for leave to bring a motion to compel and for sanctions after expiration of the pretrial scheduling order's deadline for such motions because Best Buy did not show good cause for the delay. Upon review of the parties' submissions, and the file and record herein, the court determines that the magistrate judge's order was neither clearly erroneous nor contrary to law. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); D. Minn. LR 72.1(b)(2). Accordingly, **IT IS HEREBY ORDERED** that the order of

the United States Magistrate Judge dated May 12, 2008, [Docket No. 615] is affirmed in all respects.

Dated:  July 10, 2008

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court