UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BEST BUY STORES, L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEVELOPERS DIVERSIFIED )<br>REALTY CORPORATION; *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2310 DSD/JJG<br><br><br><br><br>**ORDER** |

This matter is before the court upon the Joint Application for Approval of Supersedeas Bond and for Stay Pending Appeal [Doc. Nos. 785, 787] filed by Benderson-Wainberg Associates, LP; DDR MDT Cool Springs Point LLC; DDRA Ahwatukee Foothills, LLC; DDR Flatiron LLC; DDR MDT Lakepointe Crossing, LP; DDR MDT Great Northern, LLC; DDR MDT Shoppers World LLC; DDR MDT Riverdale Village Outer Ring, LLC; DDR Hendon Nassau Park II, LP; DDRC PDK Salisbury LLC; DDR MDT Fayetteville Spring Creek, LLC; DDR MDT Turner Hill Marketplace, LLC; JDN Realty Corporation; and BG Boulevard III, LLC ("Defendants-Appellants"). Based on Defendants-Appellants' representation of plaintiff Best Buy Stores, L.P.'s agreement to the bonds and stay, and pursuant to Rule 62(d) of the Federal Rules of Civil Procedure and Rule 7 of the Federal Rules of Appellate Procedure, **IT IS HEREBY ORDERED** that this Court approves the supersedeas bonds of Defendants-Appellants and stays enforcement of the final judgment entered in this case on June 9, 2010 and all prior orders and rulings subsumed therein, including the judgment entered

on May 26, 2010 [Doc. No. 730] and the Orders entered on July 14, 2009 [Doc. No. 690], June 8, 2010 [Doc. No. 737], and May 25, 2010 [Doc. No. 729], until completion of all proceedings in connection with Defendant-Appellants' appeal of those orders and judgments, notice of which was filed July 9, 2010, including any review by the Supreme Court of the United States and entry of the judgment on appeal in accordance with Federal Rule of Appellate Procedure 36.

Dated: August 11, 2010

                                                                                         s/David S. Doty
                                                                                         David S. Doty, Judge
                                                                                         United States District Court